**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DANIEL CASTANEDA SALINAS,**<br>**Petitioner,** | **CIVIL ACTION** |
| **v.** | |
| **J.L. JAMISON, et al.,**<br>**Respondents.** | **NO.  26-1345** |

## O R D E R

**AND NOW**, this 9th day of March, 2026, in light of Respondents' Notice that Petitioner

Castaneda Salinas has been released (ECF No. 8), **IT IS HEREBY ORDERED** that the Clerk of

Court **SHALL TERMINATE** the above-captioned action and mark it as **CLOSED**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**
_____

**WENDY BEETLESTONE, C.J.**